MAR 19 2026 PM1:31
FILED - USDC - FLMD - TPA

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

Tampa Division

Sonara Suprien

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Amica Mutual Insurance Company

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  8:26-CV-733-SDM-AEP

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                Sonara Suprien
Street Address      2570 Winsome Way
City and County     Davenport, Polk County
State and Zip Code  FL 33896
Telephone Number    646-234-7251
E-mail Address      Supriensonara @gmail.com

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.


TPA
73933
#405.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Amica Mutual Insurance Company |
| Job or Title *(if known)* | |
| Street Address | 3109 W Dr Martin Luther King Jr Blvd |
| City and County | Tampa, Hillsborough county |
| State and Zip Code | Florida 33607 |
| Telephone Number | 1 800 672 6422 |
| E-mail Address *(if known)* | Jleydon@amica.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII
Pregnant Workers Fairness Act (PWFA)

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

     b.     If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under

          the laws of the State of *(name)* _____, and has its

          principal place of business in the State of *(name)* _____ .

          Or is incorporated under the laws of *(foreign nation)* _____ ,

          and has its principal place of business in *(name)* _____ .

          *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

     3.     The Amount in Controversy

          Over $200,000

          The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

          Compensatory damages, Punitive damages lost wages, benefits, emotional distress and lawyer fees.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On July 27, 2024, I informed my Supervisor, Mr. Balkisson, of my pregnancy, after which I was denied reasonable accommodations, including remote work, and subjected to stricter in-office requirements than similarly situated employees. Due to pregnancy complications, I took protected FMLA leave from August 5, through September 15, 2024 and upon my return, ~~Amica~~ Amica retaliated against me for my pregnancy and use of FMLA leave by denying my transfer request

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

As a direct result of Amica's unlawful conduct, I have suffered significant damages, including lost wages, lost benefits and emotional distress, and I have been unable to secure comparable employement despite diligent efforts since my constructive discharge in July 2025. I remain without income or health insurance while caring for my infant and am isolated in Florida without family support due to Amica's denial of my transfer request, which forced me to incur

Imposing disparate work conditions, assigning menial tasks, disciplining me for trivel matters, denying accommodation for pregnancy-related systems, and reducing my compensation based on my protected Leave. After returning from maternity leave (february-may 2025), I was subjected to further retaliation and unwelcome sexually inappropriated commenes by my supervisor, along with continued inflexible work requirements. As a result of this ongoing discrimination, retailation and harassment, I was constructively discharged and forced to resign on July 29, 2025. Amica's conduct Violated Title VII, the pregnancy discrimination Act, the pregnant workers Fairness Act, the FMLA and applicable State law, causing me to suffer lose wages, benefits, and emotional distress.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

a mortgage and remain geographically separated from my support system. Accordingly, I seek all available relief, including back pay, front pay, compensatory and other damages, attorneys' fee and costs, and appropriate equitable and non-monetary relief, including a neutral reference and other just and proper remedies.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      3/19/26

Signature of Plaintiff      _Sonora Suprien_

Printed Name of Plaintiff   Sonara Suprien

### B.     For Attorneys

Date of signing:      _____

Signature of Attorney       _____

Printed Name of Attorney    _____

Bar Number              _____

Name of Law Firm        _____

Street Address          _____

State and Zip Code      _____

Telephone Number        _____

E-mail Address          _____